## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**SYLVIA ANDERSON**                                                                       **PLAINTIFF**

**v.**                                         **Case No. 4:26-cv-00577-KGB**

**JAMES D'AUGUSTE**, *et al.*                                                           **DEFENDANTS**

## ORDER

Before the Court is the status of this case.  Plaintiff Sylvia Anderon's filed a complaint and provided the Court with an invalid mailing address.  Pursuant to Local Rule 5.5 of the Local Rules for the United Sates District Court for the Eastern and Western Districts of Arkansas, plaintiff is required to provide the Court with a valid mailing address.  Because Anderson has failed to provide the Court with a valid mailing address, the Court dismisses without prejudice Anderson's claims.  Anderson may reopen this case by providing to the Court, within 30 days of this Order, an amended complaint and valid mailing address.

The Court also directs the Clerk's Office, pursuant to Amended General Order No. 39 of the General Orders of the United States District Court for the Eastern District of Arkansas to assign all future filed similar cases to Chief Judge Kristine G. Baker and United States Magistrate Judge Patricia S. Harris.

It is so ordered this 12th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge