**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SYLVIA ANDERSON**                                                                    **PLAINTIFF**

**v.**                                   **Case No. 4:26-cv-00577-KGB**

**JAMES D'AUGUSTE,** *et al.*                                                **DEFENDANTS**

## <u>JUDGMENT</u>

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Sylvia Anderson's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken in this action is considered frivolous and not in good faith.

It is so adjudged this 12th day of June, 2026.

Kristine G. Baker
Chief United States District Judge